KENNETH WAYNE BARNES
**FULL NAME**
[same]
**COMMITTED NAME (if different)**
Sierra Conservation Center
5150 obyrnes ferry Rd.
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**
JAMESTOWN, CA  95327

T-59459
**PRISON NUMBER (if applicable)**



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KENNETH WAYNE BARNES,

PLAINTIFF,

v.

DEPUTY NAVARRO, et al.,

DEFENDANT(S).

CASE NUMBER  5:25cv01644-MWC-GJS
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

In January 2025, I was called/subpoenaed as a witness for a defendant in a criminal matter to appear in the Riverside County Superior Court. I had personal knowledge relevant to that criminal prosecution. I had previously provided confidential information pertaining to that criminal defendant's involvement in the selling and distribution of methamphetamine.
   During my brief stay at the Riverside County Jail, I was summoned to the jail's custody office for what I thought was going to be an interview about a complaint I submitted about the jail's lack of proper food. Instead, I was met with Deputy Navarro who told me he was wanting to talk to me about the inmate/defendant that I was testifying against in court. I told DEputy Navarro I was not going to talk to him nor anyone about the case. Deputy Navarro then responded to me "OK", and got up from his seat to let me out of the conference room. Just as I passed by him to head for the exiting. he pushed me by the side of my neck which in turn resulted in me crashing into the cement wall with the side of my face and head.  Much later, I awoke in my cell. I could barely remember what had happened for quite some time. When I awoke in the cell in my bunk, I could not hardly move and was sick to my stomach. Two days later I telephoned the District Attorney's office telling them my name and the case number, and that I was declining to be brought into Court to testify. About a week later, I was returned back to prison.

a. Parties to this previous lawsuit:
Plaintiff _____ N/A _____

Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure. Plaintiff can and will provide copies of the exhausted remedy, which was denied, in further proceedings of this action. Unable to copy right now.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ Kenneth Wayne Barnes _____
(print plaintiff's name)

who presently resides at _____ Sierra Conservation Center, Jamestown, CA 95327 _____,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____ Riverside County Jail, Indio, CA _____
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                                           Page 2 of 6

on (date or dates) <u>January 2025</u>, _____, _____.
                       (Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant <u>Deputy Navarro</u> resides or works at
   (full name of first defendant)
   <u>Riverside County Jail, Indio, CA</u>
   (full address of first defendant)
   <u>Jail Deputy Sheriff</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:
   <u>Defendant was employed as a Riverside County Deputy Sheriff when violating Plaintiff's Rights under the Eighth and Fourteenth Amendments of the United States Constitution.</u>

2. Defendant _____N/A_____ resides or works at
   (full name of first defendant)
   _____N/A_____
   (full address of first defendant)
   _____N/A_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____N/A_____
   _____

3. Defendant _____N/A_____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____N/A_____
   _____

4. Defendant _____N/A_____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____N/A_____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

_Eighth and Fourteenth Amendments of the U.S. Constitution_

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_Deputy Navarro slammed Plaintiff's head and face against a wall that resulted in Plaintiff being seriously injured and loss of consciousness. The excessive force applied by Deputy Navarro was entirely unprovoked by Plaintiff, and applied for no reason at all except to injure the Plaintiff and to prevent Plaintiff from offering Court testimony._

_(See, "A", pp. 1 of 6 also.)_

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline. **N/A**

---

CV-66 (7/97)   CIVIL RIGHTS COMPLAINT   Page 5 of 6

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

> Plaintiff seeks trial by jury upon this claim.
> Plaintiff will be asking for one (1) Million dollars in compensatory damages, and five (5) hundred thousand dollars in punitive damages.
> Plaintiff is currently indigent and humbly asks this Court to permit Plaintiff to proceed in forma pauperis.

6·23·2025
(Date)

Kenneth W. Barnes
(Signature of Plaintiff)

June 23, 2025

Dear Clerk of the Court:

        This prison has been on lockdown since June 12, 2025. Other state prisons as well that are Level 3 & 4 such as this one I am at--Level 3.

        As a result of the lockdown, I have ZERO access to the law library. Luckily I have my own personal typewriter to use. To avoid any and all potential deadlines, I am mailing my complaint off as soon as possible, as the lockdown is in effect to AT LEAST July 05th.

        I have been indigent for years, and I humbly ask that my in forma pauperis application be granted. I will gladly pay off any and all Court fees upon resolution of my suit.

        A fellow inmate here that I know from Temecula suggested I mail my complaint into you. I have no other recourse to get directions due to the lockdown and law library closure.

        Please process my papers accordingly. Should they need to be re-routed to another branch of your Court, I beg that you forward them to process. I am already way behind in time to file and cannot risk neither my papers becoming lost in the mail system at all.

        Sincerely,

        KENNETH W. BARNES
        CDCR #T-59459

*I already awaited 2 months for the accountant here to send back my forms. I may be under a transfer from here and I DO NOT want my court papers mailed back & forth and lost.

Barnes #T-59459
C-1-106U
Sierra Conservation Center
5150 O'Byrnes Ferry Rd.
Jamestown, CA 95327

Genevra Hunt, Dep. Clerk
Western Division
255 East Temple St., Ste. TS-134
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 2 7 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

regular mail

