UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  5:25-cv-01644-MWC-PVC | Date: October 7, 2025 |
| Title:    *Kenneth Wayne Barnes v. Navarro* | |

Present: The Honorable MICHELLE WILLIAMS COURT, U.S. District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILING TO FILE COMPLETE *IN FORMA PAUPERIS* REQUEST OR PAY FILING FEE

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1). However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted IFP. 28 U.S.C. § 1915(b).

On August 1, 2025, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because it was incomplete. Dkts. 3, 5. The Court directed Plaintiff to either:  (1) refile a fully completed Request; or (2) pay the full filing fee. Dkt. 5. The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. *Id*.

To date, Plaintiff has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See, e.g., Allen v. United States Dist. Ct.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-01644-MWC-PVC                    Date: October 7, 2025

Title:     *Kenneth Wayne Barnes v. Navarro*

*Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed qualify for IFP or pay filing fee).

**IT IS SO ORDERED.**